IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT CHRISTOPHER YOUNG, JR., individually; and LASHUN FUQUA, as independent administrator of and on behalf of the ESTATE OF LONNETTA JOHNSON, and LONNETTA JOHNSON'S heir(s)-at-law, <br><br> *Plaintiffs,* <br><br> v. <br><br> HARRISON COUNTY, TEXAS; and SOUTHERN HEALTH PARTNERS, INC. a/k/a SHP, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00102 |

## JOINT NOTICE UPDATING COURT REGARDING STAY PENDING PLAINTIFFS' APPEAL REGARDING RELEASE OF INVOLUNTARY COMMITMENT RECORDS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Instruction as contained within the Motion Hearing Minutes from June 14, 2024 [Doc. 97] and order dated June 17, 2024, the following will serve as the Parties' Joint Notice updating the Court regarding Plaintiffs' appeal of the release of Lonnetta Johnson's involuntary commitment records.

The Parties engaged in a joint conference regarding these matters via e-mail. The following counsel participated:

    For Plaintiffs: Dean Malone and Alexandra Payne;
    For Defendant Harrison County, Texas: Robert S. Davis and John "Jack" Fulgham;

For Defendant Southern Health Partners, Inc.: Frank Alvarez and Wendy A. McMillon.

On May 7, 2024, Plaintiffs herein filed a Notice of Appeal in a matter styled *The State of Texas for the Best Interest and Protection of L.J.,* Cause No. 06-24-00036-CV in the Court of Appeals for the Sixth Appellate District in the State of Texas. This matter concerns the appeal of the release of involuntary commitment records of Ms. Johnson in the Harrison County Court. Thereafter, Defendants filed a Motion to Expedite Appeal which was thereafter denied by the Court of Appeals on June 18, 2024.

In addition, Plaintiffs also filed a Petition for Writ of Mandamus on May 29, 2024, on these same matters, which was thereafter denied by the Sixth Court of Appeals on June 10, 2024.

The Appellants filed their Brief in this matter on July 24, 2024. Appellees filed their responsive brief on August 23, 2024. Pursuant to a notice from the Clerk of the Court of Appeals for the Sixth Appellate District of the State of Texas dated August 27, 2024, the Court has determined that the appeal in this matter has been set for submission on briefs, without oral argument, for Tuesday September 17, 2024. It is unknown how long the Court of Appeals will take to rule on this matter.

The Parties would ask that this matter remain stayed pending a ruling by the Court of Appeals.

Respectfully submitted,

*/s/ Alexandra W. Payne (with permission)*
**T. DEAN MALONE**
State Bar No. 24003265
dean@deanmalone.com
**ALEXANDRA W. PAYNE**
State Bar No. 24118939
alexandra.payne@deanmalone.com

**LAW OFFICES OF DEAN MALONE, P.C.**
900 Jackson Street, Suite 730
Dallas, Texas 75202
Telephone:      (214) 670-9989
Telefax:           (214) 670-9904

**ATTORNEYS FOR PLAINTIFFS**

*/s/ John "Jack" R. Fulgham (with permission)*
**ROBERT S. DAVIS**
State Bar No. 05544200
rsd@flowersdavis.com
**JOHN "JACK" R. FULGHAM**
State Bar No. 24105638
jrf@flowersdavis.com

**FLOWERS DAVIS P.L.L.C.**
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
Telephone:      (903) 534-8063
Telefax:           (903)534-1650

**ATTORNEYS FOR HARRISON COUNTY**

*/s/ Frank Alvarez*
**FRANK ALVAREZ**
State Bar No. 00796122
frank.alvarez@qpwblaw.com
**WENDY A. McMILLON**
State Bar No. 00790100
wendy.mcmillon@qpwblaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, PA.**
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
(214) 754-8755
(214) 754-8744 (Fax)

**ATTORNEYS FOR DEFENDANT**
**SOUTHERN HEALTH PARTNERS, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of August, 2024, a true and correct copy of the foregoing document was forwarded via electronic filing to the following counsel of record:

T. Dean Malone
Alexandra W. Payne
Law Offices of Dean Malone, P.C.
900 Jackson Street, Suite 730
Dallas, TX  75202
dean@deanmalone.com
alexandra.payne@deanmalone.com
*Counsel for Plaintiffs*

Robert S. Davis
John "Jack" R. Fulgham
R. Casey O'Neill
Flowers Davis, PLLC
1021 ESE Loop 323, Suite 200
Tyler, TX  75701
 rsd@flowersdavis.com
jrf@flowersdavis.com
rco@flowersdavis.com
*Counsel for Defendant Harrison County, Texas*

>                              */s/ Frank Alvarez*
>                              **FRANK ALVAREZ**